AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| James Jay Witemyre<br>*Plaintiff*<br>v.<br>GE Flight Efficiency Services, Inc.<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:21-cv-314<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the Court GRANTS GE Flight Efficiency's Motion to Compel Arbitration (Doc. 8) and hereby ORDERS the parties to proceed in arbitration in accordance with the Solutions program, as amended in 2015. Further, the Court DISMISSES this action WITHOUT PREJUDICE, which the Court intends as a final decision subject to immediate appeal, if Witemyre is so inclined.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge _____ on a motion to Dismiss for Lack of Jurisdiction and to Compel Arbitration.

Date: 7/21/21

CLERK OF COURT

Scott M. [signature]

Signature of Clerk or Deputy Clerk